JOLYNN WILSON *v.* ESTHER A. TROXLER ET AL.

The cross petition by the defendant state of Connecticut, fleet operations, for certification for appeal from the Appellate Court, 91 Conn. App. 864 (AC 25783), is denied.

*Ronald D. Williams, Jr.,* in support of the cross petition.

Decided December 14, 2005

STATE OF CONNECTICUT *v.* XAVIER RIVERA

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 92 Conn. App. 110 (AC 24082), is granted, limited to the following issue:

"Whether the Appellate Court properly held that the trial court's charge on conspiracy was deficient because it did not set forth an essential element, the object of the conspiracy?"

The Supreme Court docket number is SC 17574.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in support of the petition.

*Alexander H. Schwartz,* special public defender, in opposition.

Decided December 14, 2005

STATE OF CONNECTICUT *v.* SIGFREDO DEJESUS

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 92 Conn. App. 92 (AC 24176), is granted, limited to the following issue:

"Whether the Appellate Court properly held that the trial court's charge on conspiracy was deficient because it did not set forth an essential element, the object of the conspiracy?"

The Supreme Court docket number is SC 17576.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in support of the petition.

*Adele V. Patterson,* assistant public defender, in opposition.

Decided December 14, 2005

DREW FRIEDMAN ET AL. *v.* IRWIN DONENFELD

The plaintiffs' petition for certification for appeal from the Appellate Court, 92 Conn. App. 33 (AC 25369), is denied.

*Hale C. Sargent,* in support of the petition.

*John B. Farley, Lawrence P. Weisman* and *Ralph S. Loew,* in opposition.

Decided December 14, 2005

TRACY FISHER *v.* COMMISSIONER OF CORRECTION

The petitioner Tracy Fisher's petition for certification for appeal from the Appellate Court, 92 Conn. App. 141 (AC 25494), is denied.

*Robert E. Byron,* special public defender, in support of the petition.

*Elizabeth M. Moseley,* special deputy assistant state's attorney, in opposition.

Decided December 14, 2005